PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WA BAR #32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
FRANCO L. BECIA, WA BAR #26823
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114
Fax: (206) 615-2531
Email: Franco.L.Becia@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO)

| | |
|---|---|
| ADOLFO GONZALEZ, | Case No.: 2:24-cv-02470-TLN-SCR |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the

parties, through their respective counsel of record, that the time for Defendant to respond to

Plaintiff's Complaint be extended from November 11, 2024, up to and including December 11,

2024. This is the Defendant's first request for an extension. Defendant requests this extension

because Defendant has been notified that a certified administrative transcript (CAR) is not yet

available in this case. Defendant therefore cannot respond to Plaintiff's Complaint. Once the

Stip. for Ext.; 2:24-cv-02470-TLN-SCR

1

CAR arrives, Defendant will need to review it for defects before submitting it. For these reasons, Defendant asks the Court to approve this unopposed motion and extend the deadline to file a response to Plaintiff's Complaint. Plaintiff does not oppose Defendant's request for an extension of time.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 4, 2024            /s/ *Francesco Paulo Benavides\**
                                   (*as authorized via e-mail)
                                   Francesco Paulo Benavides
                                   Attorney for Plaintiff

Dated: November 4, 2024            PHILLIP A. TALBERT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Social Security Administration

                            By:    /s/ *Franco L. Becia*
                                   Franco L. Becia
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

<strong><u>ORDER</u></strong>

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including December 11, 2024, to respond to Plaintiff's Complaint.

DATED: November 8, 2024            _____
                                   HON. SEAN C. RIORDAN
                                   UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:24-cv-02470-TLN-SCR